UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ELMER MASONER, | ) | No. CV 11-00392-JST (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE |
| LINDA SANDERS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts the Findings and Recommendations of the United States Magistrate Judge and (2) Respondent's Motion to Dismiss is granted.

DATED: August 2, 2011           **JOSEPHINE STATON TUCKER**
                                JOSEPHINE STATON TUCKER
                                UNITED STATES DISTRICT JUDGE